UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRINA BELLE SHIRAZI,<br><br>    Plaintiff,<br><br>    v.<br><br>NADER OWEIS, et al.,<br><br>    Defendants. | Case No.  21-cv-00136-VKD<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

Plaintiff has filed an Application to Proceed In Forma Pauperis. Having considered the application and complaint, the Court hereby GRANTS Plaintiff's application. The Clerk of Court shall issue the summons.

General Order 75 has suspended personal service by the U.S. Marshals Service due to the COVID-19 pandemic. Accordingly, the Clerk of the Court shall also issue a notice of waiver of service of summons. Ms. Shirazi may complete the notice of waiver and serve the notice upon defendants. If defendants elect not to waive service, Ms. Shirazi may employ a process server and request a court order requiring defendants to bear the costs of that process server.

**IT IS SO ORDERED.**

Dated: January 8, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge