UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SABRINA BELLE SHIRAZI,

    Plaintiff,

v.

NADER OWEIS, et al.,

    Defendants.

Case No. 21-cv-00136-EJD (VKD)

**ORDER RE DEFENDANTS' REQUEST FOR EXPEDITED CONSIDERATION RE PRIVILEGE DISPUTE**

    The Court has received a request, unilaterally emailed this afternoon by defense counsel to the courtroom deputy, for expedited consideration of an apparent dispute over the assertion of attorney-client privilege with respect to questions posed during the May 24, 2022 deposition of Dr. Paloma Medina, who is described as a fact witness. According to defendants, Dr. Medina was represented at the deposition by the same attorneys who also represent plaintiff Sabrina Shirazi. The present dispute appears to concern objections to questions about what Dr. Medina discussed during meetings or other communications with these attorneys. Defendants state that expedited resolution of this matter is required because Dr. Medina will be unavailable for three months beginning on May 27, 2022.

    The Court does not entertain discovery disputes submitted by email. Absent exceptional circumstances, all discovery disputes must be submitted in compliance with the Court's Standing Order for Civil Cases[1] and filed on the record on the ECF docket.

    In his email to the courtroom deputy, defense counsel suggests this dispute requires urgent

---

[1] https://cand.uscourts.gov/vkd-standing-order-for-civil-cases-april-2022/ (*see* section 4).

attention, due to Dr. Medina's schedule.  The Court is not persuaded that the circumstances described warrant expedited relief, let alone relief requested by email.  It does not appear that defendants were prevented from inquiring fully during the May 24, 2022 deposition about the facts as to which Dr. Medina is a percipient witness.  To the extent the parties dispute the propriety of plaintiff's counsel's representation of Dr. Medina, or whether there has been a waiver of attorney-client privilege, such matters must first be discussed by counsel for the interested parties and then, if a dispute remains, presented to the Court for resolution in compliance with the Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: May 25, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge